```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      ORDER

          -v.-                      :      13 Cr. 548 JP

ALEKSANDR KALININ,                  :
     a/k/a "Grig,"
     a/k/a "g,"                     :
     a/k/a "tempo,"
                                    :
               Defendant.
- - - - - - - - - - - - - - - - - - -x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, through Assistant United States Attorney James J. Pastore, Jr.;

It is found that the Indictment returned in this matter, captioned 13 Cr. 548 JP (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed effective as of July 25, 2013 at 7:00 a.m., it is therefore

ORDERED that, as of July 25, 2013 at 7:00 a.m., the Indictment be unsealed and remain unsealed pending further order of the Court;

Dated: New York, New York
       July 24, 2013

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2013